UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANK LOUIS AMODEO,

    Petitioner,

v.                                                   CASE NO. 6:12-cv-641-Orl-28DAB
                                                                      (6:08-cr-176-Orl-28GJK)

UNITED STATES OF AMERICA,

    Respondent.

---

## ORDER

This case is before the Court on the following:

1.    Petitioner's Motion to Appoint Counsel (Doc. No. 79).  The Court determines that in the interests of justice and to ensure a just resolution of Petitioner's claims, counsel is warranted in this case.  Accordingly, Petitioner's motion is **GRANTED**.  The Court hereby appoints Jonathan Rose, 337 North Fern Creek Avenue, Orlando, FL, 32803, with his consent, as counsel for Petitioner.  It is **ORDERED** that Jonathan Rose shall enter his appearance as counsel of record for Petitioner.  Thereafter, all papers in this action shall be served upon him.

Counsel for Petitioner is directed to file, within **THIRTY (30) DAYS** from the date of this Order, a reply to the Government's Response at docket entry 88, wherein the Government has requested the entry of an order for a mental health examination of Petitioner by the Bureau of Prisons.  To the extent that Petitioner has also requested the

appointment of a guardian ad litem (Doc. No. 85), that motion is **DENIED** without prejudice.

2.   Petitioner's Motions to Expand the Record and Amend the Record (Doc. Nos. 80, 87, 90, & 91) and Motion to Disqualify Counsel (Doc. No. 81) are **DENIED** without prejudice.  Counsel may reassert these motions after he has reviewed the matters.

3.   Petitioner's Motion to Withdraw Prematurely Filed Motion for Summary Judgment (Doc. No. 84) is **GRANTED**.  Petitioner's Motion for Summary Judgment (Doc. No. 78) is **STRICKEN**.  The Clerk is directed to terminate the motion and remove it from the docket.

**DONE AND ORDERED** in Orlando, Florida this 21st day of May, 2014.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
OrlP-3 5/21
Frank Louis Amodeo
Counsel of Record