UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Frank L. Amodeo,

    Movant,

-vs-                                   Case No. 6:12-cv-00641-Orl-28DAB

United States of America,

    Respondent.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF MATERIAL EVENT RELEVANT TO MY JUNE 10, 2014 RULE 59(e) MOTION**

On June 10, 2014, I prepared a motion seeking to alter what I believed is a clearly erroneous order from the magistrate (especially regarding the Rule 7 filings). At the time I prepared the motion, I had not spoken with Mr. Rose, nor received any communication form him either by mail or e-mail. Subsequently, I called his office and his very professional sounding legal assistant (or paralegal) put me through to him. He sounds finds, his office has contacted the prison. Next week the unit counselor will make arrangements so that Mr. Rose can visit obviously not in time to comply with this 30 day directive in the court's order. But progress is being mad.

Once again, this notice is not meant to withdraw or modify my most recent 59(e) motion, but rather to ensure I do not leave the court with a misimpression of Mr. Rose's diligence or an occluded view of the facts.

Respectfully submitted this 10th day of June 2014 by:

Frank L. Amodeo, 48883-019
FCC - Low    Unit B-3
P.O. Box 1031
Coleman, Fl 33521-1031

2

## Certificate of Service

This motion was delivered in a pre-addressed, postage-prepaid envelope to prison authorities on the same day as signed. The United States of America is represented by counsel who is registered with the CM/ECF docketing system; thus the movant requests that notice of the filing and service of the motion be made to United States Attorney of record via the electronic system.

*[signature]*
Frank L. Amodeo

## Verification

Under penalty of perjury as authorized in 28 U.S.C. §1746, I declare that the factual allegations and factual statements contained in this document are true and correct to the best of my knowledge.

*[signature]*
Frank L. Amodeo