UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA CASE NO.: 6:12-CV-641-ORL-28DAB

v.

FRANK LOUIS AMODEO

MOTION FOR ENLARGEMENT OF TIME

1. On May 21, 2014, the Honorable David A. Baker appointed the undersigned to represent Defendant Frank Amodeo. DE 94.
2. In that same order, the Court ordered the undersigned to reply to the Government's Response to Petitioner's Motion to Appoint Guardian Ad Litem with in 30 days. *Id.*
3. Since the undersigned's appointment, he has begun to acquaint himself with the facts and procedural posture of the instant cause of action. However, based on the numerous issues with the Defendant's competency, the undersigned feels that it is necessary to speak with the Defendant in person to be able to gauge the need for a guardian ad litem.
4. To that end, the undersigned began the process of making a visitation appointment with the Defendant over two weeks ago, but has still not been approved. The undersigned anticipates approval for visitation by the end of the current week. However, as the reply is due on June 20, 2014, the undersigned will not be able to meet his client in person before that date, and not be able to file an informed, thorough reply to the Government's Response.
5. As such, the Defendant hereby requests that this Honorable Court grant a two week enlargement of time in which to respond to the Government's Response to Petitioner's Motion to Appoint Guardian Ad Litem.

6. The undersigned has attempted to confer with Assistant United States Attorney Roger Handberg via telephone and email. However, the undersigned has been unable to make contact with Mr. Handberg to ascertain his position with regard to the instant Motion.
7. WHEREFORE, the Defendant respectfully requests that this Honorable Court grant a two week enlargement of time to reply as directed by the Court.

Respectfully Submitted,

s/ Jonathan Rose, Esq.____________
JONATHAN ROSE, ESQ.
Florida Bar No. 0188832
JONATHAN ROSE, P.A.
337 N. Ferncreek Avenue
Orlando, FL 32803
Telephone: 407-894-4555
Facsimile: 407-893-8151
jrose@jonathanrosepa.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was served electronically on June 18, 2014 to:

Roger Handberg, AUSA
United States Attorney's Office
400 West Washington Street
Suite 300
Orlando, FL 32805

s/ Jonathan Rose, Esq.___________
JONATHAN ROSE, ESQ.