Middle District of Florida
United States District Court

Frank L. Amodeo
v.
United States of America

Case # 6:12-cv-00641-JA-DAB

Declaration of Frank L. Amodeo

In order to be entitled to an evidentiary hearing, a habeas petitioner must allege enough specific facts that if they were true they would warrant relief. <u>Chavez v. Sec'y Fla. Dep't of Corr.</u>, 647 F.3d 1057, 1060 (11th Cir. 2011) Repeatedly throughout the §2255 proceedings, I told the court I could not read my pleadings or the case facts without experiencing severe physical trauma. I could not read the court orders when they came by mail. And thus misunderstood what was required of me. I tried four times to get my filings right, I copied used a motion proud prepared by Don Samuel's for an unrelated case as a guide. This court rejected it. It told me to use a standard form, I did but I could not get the claims to fit so I tried incorporating a sep separate memorandum like the jailhouse lawyers do. This court rejected it but did so in order that said my, extension of time an request for an

was moot. And because I did not understand the motion got dismissed.

I filed again before the my and this court rejected it once more telling me to reform it it, I tried

and even got my sister to help this court rejected it once more because I had too many pages.

But I did not receive the court's order until after it dismissed the motion. Then I got my sister to change the print and margin size so there were the same grounds but fewer pages and this court took it.

Don't you see I cannot do this on my own, I get heaves, have wild emotions (cry and laughing while writing this), and I have asked for help since June 2009, when I was stuck in the ACUTE mental health jail.

Why does the court not believe the disease is real and can render me catatonic when addressing it in the wrong circumstance.

Respectfully submitted this 28th day of September, 2015.

Frank Amodeo
Federal Correction Complex
P.O. Box 1031
Coleman, Fla
33521

Certificate of Service
A copy has been sent to Jonathan Rose, Esquire and to Roger Handberg AUSA by U.S. Mail on 9/29/15